UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | |
|---|---|
| ROBERTA PLAKE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of the Social Security Administration,<br><br>　　　　Defendant. | CAUSE NO. 4:20-CV-8 DRL-MGG |

ORDER

This matter is before the court on the findings and recommendation of Magistrate Judge Michael G. Gotsch, Sr. filed on September 27, 2021 [ECF 19]. The magistrate judge recommended that this court affirm the decision of the Commissioner of the Social Security Administration in Roberta Plake's case because she didn't allege any specific error in the ALJ's decision but rather general disagreement with the decision that otherwise was supported by substantial evidence and found her not disabled. Ms. Plake didn't object to the magistrate judge's findings and recommendation. Accordingly, the court ADOPTS the magistrate judge's findings and recommendation in their entirety and AFFIRMS the ALJ's decision. This order terminates the case.

　　　　SO ORDERED.

　　　　October 18, 2021　　　　　　　　　　　　　　*s/ Damon R. Leichty*
　　　　　　　　　　　　　　　　　　　　　　　　　　Judge, United States District Court